**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND; TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' ANNUITY FUND; TRUSTEES OF CARPENTERS' PENSION TRUST FUND - DETROIT AND VICINITY; TRUSTEES OF THE CARPENTERS' VACATION FUND - DETROIT AND VICINITY; TRUSTEES OF THE DETROIT CARPENTRY JOINT APPRENTICESHIP AND TRAINING FUND; TRUSTEES OF THE MICHIGAN FUND FOR THE ADVANCEMENT OF THE CARPENTRY TRADE; TRUSTEES OF THE CARPENTERS' LABOR MANAGEMENT PRODUCTIVITY AND TRAINING FUND; TRUSTEES OF THE CARPENTERS' GUARANTY FUND; TRUSTEES OF THE CARPENTERS' INDUSTRY ADVANCEMENT FUND; TRUSTEES OF THE CARPENTERS' SUPPLEMENTAL BENEFITS FUND;THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

    Plaintiffs,

vs.

WILL H. HALL & SON, INC., a Michigan corporation, and WILL H. HALL, JR., an individual, jointly and severally,

    Defendants.

Case No. 10-cv-14900
Hon. Mark A. Goldsmith

---

| | |
|---|---|
| NOVARA TESIJA, P.L.L.C.<br>Bryan M. Beckerman (P51925)<br>Attorneys for Plaintiffs<br>2000 Town Center, Suite 2370<br>Southfield, MI 48075-1314<br>(248) 354-0380<br>bmb@novaratesija.com | SPENDER & ROBB, P.C.<br>M. Allen Robb (P33219)<br>2367 South Linden Road, Suite B<br>Flint, MI 48532<br>(810) 230-1415<br>arobb@srbpc.com |

---

## **CONSENT JUDGMENT**

    This matter having come before the Court upon the stipulation of the parties; and the Court being otherwise fully advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiffs shall have Judgment against Defendant, Will H. Hall & Son, Inc., a Michigan corporation, in the amount of $9,168.78 for fringe benefit contributions, liquidated damages and interest, attorney fees of $ 4,514.50 and costs of $350.00, for a total of $14,033.28.

IT IS FURTHER ORDERED that post-judgment interest shall accrue at statutory interest rates.

IT IS FURTHER ORDERED that this Judgment shall be binding and inure to the benefit of the successors and assigns of the parties hereto, during its term.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter, pending the satisfaction of this Judgment and/or compliance with any additional orders.

Dated:  December 16, 2011                       s/Mark A. Goldsmith
        Flint, Michigan                         MARK A. GOLDSMITH
                                                United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 16, 2011.

                                                s/Deborah J. Goltz
                                                DEBORAH J. GOLTZ
                                                Case Manager

*Approved as to form and content:*

By: s/Bryan M. Beckerman, Esq.              By: s/M. Allen Robb, Esq.
NOVARA TESIJA, P.L.L.C.                     SPENDER & ROBB, P.C.
Bryan M. Beckerman (P51925)                 M. Allen Robb (P33219)
Attorneys for Plaintiffs                    2367 South Linden Road, Suite B
2000 Town Center, Suite 2370                Flint, MI 48532
Southfield, MI 48075                        (810) 230-1415
(248) 354-0380                              arobb@srbpc.com
bmb@novaratesija.com

W:\FUNDS\mrcc\litigation\Will H Hall & Son\Pleadings\Consent Judgment.doc